IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WYATT ANDREWS,[1] | § | |
| | § | |
| Respondent Below, | § | No. 472, 2024 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| JENNIFER PADSON, | § | File No. CS19-01697 |
| | § | Petition No. 23-28066 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: December 26, 2024
Decided: January 7, 2025

## ORDER

On November 27, 2024, the Court denied the appellant's motion to proceed without paying the Court's filing fee. The Clerk's office directed the appellant to pay the fee by December 11, 2024, or a notice to show cause would issue. On December 12, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal for the appellant's failure to diligently prosecute the appeal by paying the filing fee. The appellant received the notice on December 14, 2024. The appellant has neither responded to the notice to show cause within the required ten-day period nor paid the filing fee. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice